MAYOR AND ALDERMEN OF SPARTA *v.* STEWART.

SIMMONS, C. J. There was no error in overruling the demurrer to the petition, nor in admitting or excluding evidence. The evidence authorized the verdict, and, the trial judge being satisfied therewith, his discretion in refusing a new trial will not be controlled by this court.

*Judgment affirmed. All the Justices concur.*

Submitted May 19,— Decided June 8, 1904.

Action for damages. Before Judge Lewis. Hancock superior court. October 5, 1903.

*R. H. Lewis*, for plaintiffs in error.
*Allen & Pottle* and *Hunt & Merritt*, contra.